IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-544-FL

| ANTHONY LEE MCNAIR, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| ROCKY MOUNT POLICE DEPT., | ) | |
| Defendant. | ) | |

This matter comes before the court on motions captioned as ones concerning damages (DE ## 23, 25), filed in the long-closed case, in January and March 2012. In March 2011, the United States Court of Appeals for the Fourth Circuit issued opinion affirming dismissal of plaintiff's action. Plaintiff's spurious motions are in violation of the court's order entered May 2, 2011, which enjoins plaintiff from pursuing any proceeding where the challenge could have been brought in an earlier terminated action. Said motions are DENIED, and the clerk is directed to close the file. If plaintiff persists in prohibited conduct, monetary penalties and/or contempt proceedings may result.

SO ORDERED, this the 10th day of April, 2012.

LOUISE W. FLANAGAN
United States District Judge